UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: POLAROID CORPORATION

| | | |
|---|---|---|
| WIND DOWN ASSOCIATES, LLC as Plan Administrator on Behalf of the Estates of Polaroid Corporation et al., | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-649-~~JJF~~ SLR |
| MICHAEL LE BLANC, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and expenses. This adversary proceeding is hereby closed.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Joseph A. Malfitano (No. 4020) | /s/ Suzanne M. Hill (#4414) |
| Maribeth L. Minella (No. 4185) | Elihu E. Allinson, III (No. 3476) |
| Erin Edwards (No. 4392) | Suzanne M. Hill (No. 4414) |
| The Brandywine Building | Hercules Plaza, Sixth Floor |
| 1000 West Street, 17th Floor | 1313 North Market Street |
| Wilmington, Delaware 19899-0391 | P.O. Box 951 |
| Phone: (302) 571-6600 | Wilmington, Delaware 19899-0591 |
| Email: mminella@ycst.com | Phone: (302) 984-6000 |
| | Email: shill@potteranderson.com |
| -and- | -and- |
| KELLEY DRYE & WARREN LLP | MCDERMOTT WILL & EMERY LLP |
| Jay N. Heinrich | Stephen B. Selbst |
| 101 Park Avenue | 50 Rockefeller Plaza |
| New York, New York 10178 | New York, New York 10020 |
| Phone: (212) 803-7800 | Phone: (212) 547-5400 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

Date:_____, 2006   _____